# Exhibit A

# United States District Court

DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> A RED 2010 MAZDA 6, KANSAS ) <br> LICENSE PLATE 451EEY, VIN ) <br> 1YVHZ8BH9A5M14385 ) | **SEARCH WARRANT** <br> **FILED UNDER SEAL** <br> CASE NO. _____ |

TO: **Special Agent Stephen Cousineau** and any Authorized Officer of the United States

Affidavit(s) having been made before me by **Special Agent Stephen Cousineau**, who has reason to believe that on the premises:

A RED 2010 MAZDA 6, KANSAS LICENSE PLATE 451EEY, VIN 1YVHZ8BH9A5M14385

there is now concealed certain property, which is fruits, evidence, and/or instrumentalities of violations of 18 U.S.C. § 2332a(a)(2)(D) (Attempted Use of Weapon of Mass Destruction); 18 U.S.C. § 844(i) (Attempted Use of an Explosive Device); and 18 U.S.C. § 2339B (Material Support for Terrorism), namely:

A. Tools and other instruments or items that have been used, or are intended to be used in the manufacture and/or construction of improvised explosive devices or the components thereof. These items include, but are not limited to saws, files, metal punches, drill bits, sanding devices, hammers, chisels, drills, vice or similar jawed tools, abrading equipment, soldering and brazing equipment, wire strippers, screwdrivers, staplers, safety wire and other pliers, various hand tools for cutting steel bar stock, grinders, sandpaper, leather working tools, pots or other containers used to melt lead and aluminum, machines and tools that cut metal pipe, tools used for cross-referencing circumference to diameter, rulers and other various measuring devices, abrasive cloths, steel wool or iron wire.

B. The following explosives, chemicals or other substances that have been used, can be used, or are intended to be used in the manufacture or construction of improvised explosive devices, or the components thereof: These items include but are not limited to, firearms ammunition, smokeless powder, black powder, aluminum and aluminum powder, gasoline containers, barium nitrate, magnesium, potassium chlorate, potassium perchlorate, ammonium hydroxide, ammonium oxalate, analine, benzene, calcium oxide, charcoal, dimethine analine, glycerine, lead nitrate mercury, nitro benzene, phenol, nitro cellulose, potassium nitrate, potassium permanganate, silver nitrate, sulfur, potassium sulfate, ammonium nitrate, sodium chlorate, sodium azide, sodium bicarbonate, sodium carbonate, sodium nitrate, urea nitrates, matches, or other pyrotechnic mixtures and constituents. Any peroxide, acetone, hexamine tablets, nitric acid, citric acid, or any other acid, flour, confectionary sugar, any pool chemicals, liquid drain cleaners or brake fluid all of which are chemicals that can be used in the making of improvised explosives.

C. The following items, which have been used, can be used or are intended to be used to house or contain improvised explosive devices and the components thereof; These items include, but are not limited to, PVC pipes, metal tubes/pipes, end caps, cans, or other plastic containers, and metal trash cans.

D. The following items and materials that have been used, can be used or are intended to be used as component parts of improvised explosive devices: These items include, but are not limited to, switches, barometers, springs, batteries, dowels, plugs, screws, pins, nuts and bolts, nails, staples, fishing line, straps, washers and rackets, rubber bands, cord, wire, flashlight bulbs, alligator clips, and lead split shot, battery snap caps, tire weights or similar item, any form of aluminum metal or scraps, sheet metal scraps and shims.

E. The following items that have been used, can be used or are intended to be used in the construction or assembly of improvised destructive devices: These items include, but are not limited to solder, epoxy, glues and other adhesives or caulking materials, varnish, lacquer, paint, wax and wax paper, lead, solid silver bar, metal debris, explosive residue and debris, gloves, plumbing sink traps, tape, gasket material and twine, plastic zip ties.

F. Any and all firearms including, but not limited to, rifles, shotguns and pistols.

G. Any and all documents, photographs, papers, written materials, books, diagrams, schematic drawings, video tapes, computer-generated or stored information or other materials that relate to manufacture, construction and/or assembly of improvised explosive devices, or any of the components thereof.

H. Any and all receipts, invoices, purchase orders, sales slips or other documents and materials relating to the purchase or procurement of any and all materials and tools that have been used, can be used, or intended to be used in the design, manufacture and construction of improvised explosive devices; said documents would include, but are not to be limited to, those that denote the purchase or obtainment of any or all items previously listed in the previous paragraphs.

I. Any writing or printed word items or computer files, in whatever format, that may relate to Anwar Al Alawki, Inspire Magazine, the Manchester Manual, jihad; mujahideen, Al Qaida, Al Qaida in the Arabian Peninsula (AQAP), any other specially designated foreign terrorist organization, Usama Bin Laden, Ayman Al Zawahiri or other terrorist individuals, explosives, bombs, terrorism, or terrorist attacks.

J. Any and all end-of-life documents, including but not limited to, life insurance policies, letters to wife and/or sons, and family will.

K. Computer(s), computer hardware, computer software, computer related documentation, computer passwords and data security devices.

L. Any and all computer storage media including any physical object upon which computer data can be recorded. Examples include, hard disks, RAM, floppy disks, flash memory, CD-ROM's and other magnetic or optical media.

2

M. Any and all computer software, including programs to run operating systems, applications (such as word processing, graphics or spreadsheet programs), utilities, compilers, interpreters, and communication programs including, but not limited to Skype.

N. Any and all records, information, diaries, address books, names, and lists of names and addresses of individuals who may have contacted Loewen by use of the computer or by other means for the purpose of conspiring to commit an act of terrorism.

O. Any and all records, information, documents, invoices and materials, in any format or medium (including, but not limited to, envelopes, letters, papers, email messages, chat logs and electronic messages, and other digital data files) that concern online storage or other remote computer storage, including, but not limited to, software used to access such online storage or remote computer storage, user logs or archived data that show connection to such online storage or remote computer storage, and user logins and passwords for such online storage or remote computer storage.

P. Any and all records, information, documents, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, email messages, chat logs and electronic messages, and other digital data files), pertaining to occupancy or ownership of the premises described above, including, but not limited to, ~~mortgage documents, utility and telephone bills,~~ mail envelopes, or addressed correspondence.

Q. Any and all wireless telephones.

I am satisfied that the attached affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before December 12th, 2013, (not to exceed 14 days) the person or place named above for the person or property specified, serving this warrant and making the search **in the daytime - 6:00 A.M. to 10:00 P.M.** and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this to **United States Magistrate Judge Karen Humphreys** as required by law.

IT IS HEREBY ORDERED, that this Search Warrant, the Search Warrant Return, and the Affidavit/Application for Search Warrant be filed under seal until further order of the Court. These documents may be provided as discovery in criminal prosecutions without the unsealing of these documents.

3

December 12th, 2013 @ 10:10 p.m.   at          Wichita, Kansas
Date and Time Issued                            City and State


Honorable Karen Humphreys                       /s/ Karen M. Humphreys
United States Magistrate Judge                  Signature of Judicial Officer
Name & Title of Judicial Officer

4

G_000853